

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00507-CV

DARRELL WAYNE HENRY, Appellant

V.

SENTER LEE HENRY, III, AS
DEPENDENT ADMINISTRATOR OF THE
ESTATE OF MOZELLE HENRY,
DECEASED, Appellee

§  On Appeal from the 97th District Court

§  of Montague County (2021-0180M-CV)

§  August 7, 2025

§  Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment declaring the deed null and void and removing the cloud on title to the Ranch. We reverse that portion of the trial court's judgment regarding the breach of fiduciary duty—including the awards for $258,151 as disgorgement of profit and

$514,302 in exemplary damages—and render judgment that Appellee Senter Lee Henry, III take nothing on that claim.

It is further ordered that both parties shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker